```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| AMERICAN COMMERCIAL LINES LLC, *et al.* | CIVIL DIVISION |
| Plaintiffs, | No. 2:00-cv-00927-AJS |
| | Issue No. |
| v. | SUBSTITUTION OF COUNSEL |
| DRAVO CORPORATION | |
| Defendant. | Filed on behalf of: |
| | Defendants: Dravo Corporation |
| | Counsel of record for this party: |
| | STANLEY A. WINIKOFF Pa I.D. No. 00212 |
| | S. A. Winikoff, P.C. Attorney at Law |
| | Suite 1300 4 Gateway Center Pittsburgh, PA 15222 |
| | 412-281-3333 |

**JURY TRIAL DEMANDED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN COMMERCIAL LINES LLC, *et al.* | CIVIL DIVISION |
| Plaintiffs, | No. 2:00-cv-00927-AJS |
| v. | Issue No. |
| DRAVO CORPORATION | |
| Defendant. | |

### SUBSTITUTION OF COUNSEL

Kindly withdraw the appearance of Stanley Winikoff and Swartz Campbell LLC on behalf of Dravo Corporation and enter the appearance of Stanley Winikoff and S. A. Winikoff, P.C., Suite 1300, 4 Gateway Center Pittsburgh, PA 15222 (412-281-3333) for Dravo Corporation.

Respectfully submitted,

SWARTZ CAMPBELL LLC

By: ___s/ Michael E. Giblin___

Respectfully submitted,

S.A. WINIKOFF, P.C.

By: _____
Stanley A. Winikoff

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within Substitution of Counsel was forwarded to the following by United States first-class mail, postage prepaid, this 4th day of January, 2006, addressed as follows:

William R. Caroselli, Esq.
Daniel T. Reimer, Esq.
Caroselli, Beachler, McTiernan & Conboy
312 Boulevard of the Allies
8th Floor
Pittsburgh, PA

Edward V. Cattell, Jr., Esq.
E. Michael Keating, III, Esq.
Nancy D. Green, Esq.
Hollstein, Keating, Cattell, Johnson & Goldstein, P.C.
1608 Walnut Street
Suite 1602
Philadelphia, PA

Leonard Fornella, Esq.
Kenneth F. Klanica, Esq.
Heintzman, Warren, Wise & Fornella, P.C.
35th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219

Stanley A. Winikoff, Esquire
4 Gateway Center, Suite 1300
Pittsburgh, PA 15222

SWARTZ CAMPBELL LLC

By:   s/ Michael E. Giblin