IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN COMMERCIAL LINES LLC, et al, Plaintiffs, v. DRAVO CORPORATION, Defendant. | 00cv0927 *Closed case* |

_____

| | |
|---|---|
| AMERICAN COMMERCIAL LINES LLC, et al, Plaintiffs, v. PRICE INLAND TERMINAL COMPANY, Defendant. | 01cv1357 *Closed case* |

_____

| | |
|---|---|
| MICHAEL BUTCHER, Plaintiff, v. DRAVO CORPORATION, Defendant. | 01cv1505 *Closed case* |

_____

| | |
|---|---|
| AMERICAN COMMERCIAL LINES, LLC, et al, Plaintiffs, v. DRAVO LIME COMPANY, Defendant. | 02cv1157 *Closed case* |

_____

### ORDER OF COURT SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED a status conference shall be held regarding the above-captioned cases on **January 22, 2007 at 10:30 AM** in Courtroom 7C, 7th Floor, United States Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.

Chief trial counsel shall attend and shall have full authority from the respective parties to discuss settlement and alternative dispute resolution options in detail.

Counsel should be familiar with this Court's Practices and Procedures (see Court Practices and Procedures at www.pawd.uscourts.gov, link "court practice".)

SO ORDERED this 19th day of December, 2006.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record