# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMERICAN COMMERCIAL LINES LLC, et al,
                Plaintiffs,       00cv0927

    v.

DRAVO CORPORATION,
                Defendant.

_____

AMERICAN COMMERCIAL LINES LLC, et al,
                Plaintiffs,       01cv1357

    v.

PRICE INLAND TERMINAL COMPANY,
                Defendant.

_____

MICHAEL BUTCHER,
                Plaintiff,        01cv1505

    v.

DRAVO CORPORATION,
                Defendant.

_____

AMERICAN COMMERCIAL LINES, LLC, et al,
                Plaintiffs,       02cv1157

    v.

DRAVO LIME COMPANY,
                Defendant.

_____

## HEARING MEMO
**Hearing on: Status Conference**
**Date hearing held: 01/30/2007**
**Before Judge Arthur J. Schwab**

Appearing Counsel:  William R. Caroselli, Esquire
                        Leonard Fornella, Esquire
                        Stanley A. Winikoff, Esquire
                        F. Nash Bilisoly, Esquire

Hearing began: 10:00 AM                Hearing concluded: 10:45 AM
Law Clerk: Michael Lydon              Stenographer: Virginia Pease

**NOTED:**

Parties agree cases should be consolidated; *the Court indicates the cases will be consolidated at Civil Action No. 01-1505*; Civil Action 01-1505 will be designated as the LEAD case; all four cases are ORDERED re-opened; all parties agree all four cases will be tried as one in a single trial; parties will confer and agree on proposed case management order after consulting with Special Master appointed by separate order; plaintiff's counsel to take lead in drafting and filing the CMO within reasonable time.