IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMERICAN COMMERCIAL LINES LLC, et al,
                Plaintiffs,       00cv0927
    v.
DRAVO CORPORATION,
                Defendant.
_____

AMERICAN COMMERCIAL LINES LLC, et al,
                Plaintiffs,      01cv1357
    v.
PRICE INLAND TERMINAL COMPANY,
                Defendant.
_____

MICHAEL BUTCHER,
                Plaintiff,       01cv1505
    v.                                    DESIGNATED AS LEAD CASE
DRAVO CORPORATION,
                Defendant.
_____

AMERICAN COMMERCIAL LINES, LLC, et al,
                Plaintiffs,      02cv1157
    v.
DRAVO LIME COMPANY,
                Defendant.
_____

## **ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

- All cases referenced above are hereby re-opened.

- Civil Action Nos. 00-927, 01-1357 and 02-1157 are hereby consolidated with Civil Action No. 01-1505, the lead case is captioned above.

- All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 01-1505.

- The Clerk of Court shall close Civil Action Nos. 00-927, 01-1357 and 02-1157.

SO ORDERED this 30th day of January, 2007.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record